IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DONTE GIBSON, | : |
| *Plaintiff*, | : Case No. 1:25-cv-290 |
| vs. | : Judge Jeffery P. Hopkins |
| MARK ZUCKERBERG, *et al.*, | : Chief Magistrate Judge Stephanie K. Bowman |
| *Defendants*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 6) issued by Magistrate Judge Stephanie K. Bowman on July 28, 2025. The Magistrate Judge recommends that Mr. Zuckerberg's Motion to Dismiss (Doc. 3) be granted and this action be dismissed with prejudice.[1] No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see, e.g.,*

---

[1] The second defendant, Paul Greene, was never served. *See* Doc. 6, PageID 90 n.1. Were claims against Mr. Greene to be dismissed on that basis, his dismissal would be without prejudice. Fed. R. Civ. P. 4(m). However, the Magistrate Judge's conclusion that Plaintiff "fails to state any viable claim under federal law" applies to his claims against both defendants. *See* Doc. 6, PageID 92–93. And pursuant to 28 U.S.C. § 1915(e)(2)(B), this action may be dismissed *at any time* on account of its failure to state a claim on which relief may be granted, including prior to service. Accordingly, the Court concludes that the Magistrate Judge's Recommendation that the entire action be dismissed with prejudice is sound.

*Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022).

Accordingly, the Court **GRANTS** Mr. Zuckerberg's Motion to Dismiss (Doc. 3) and **DISMISSES** this action with prejudice. The clerk is directed to **TERMINATE** this case from the Court's docket.

**IT IS SO ORDERED.**

October 7, 2025

Hon. Jeffery P. Hopkins
United States District Judge